AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)      Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Middle District of Louisiana

| United States of America | ) | |
| v. | ) | Case No: 06-17-BAJ-DLD-14 |
| Vanshion Joseph Byrd | ) | USM No: 04499-095 |
| Date of Original Judgment: 10/11/2007 | ) | |
| Date of Previous Amended Judgment: 04/19/2010 | ) | Rebecca Hudsmith, Federal Public Defender |
| *(Use Date of Last Amended Judgment if Any)* | | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☒ **DENIED.**  ☐ **GRANTED** and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated   04/19/2010   shall remain in effect.
**IT IS SO ORDERED**.

Order Date:   10/6/2015

*Judge's signature*

Effective Date:   11/02/2015
*(if different from order date)*

Brian A. Jackson, Chief U.S. District Judge
*Printed name and title*